The image for this record can not be displayed at this time.